DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 8 2018

TONY R. MOORE, CLERK
BY: _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BUSHARA ANYANG, Petitioner | CIVIL ACTION NO. 1:17-CV-1308-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| DAVID COLE, ET AL., Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 8), and after a de novo review of the record including the objection filed by Petitioner (Doc. 9), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus is hereby DISMISSED without prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 8th day of January, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE